IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICHARD YOUNG, #128009, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv555-WHA |
| ) | |
| LEON FORNISS, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on November 13, 2007, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus

relief filed by Richard Young is DENIED and this case is DISMISSED with prejudice.

Done this 4th day of December, 2007.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE